ACCEPTED
06-14-00036-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/15/2015 4:03:45 PM
DEBBIE AUTREY
CLERK

APPELLATE CASE NO. 06-14-00036-CV

FRANK KEATHLEY, INDIVIDUALLY      IN THE COURT OF APPEALS
AND DOING BUSINESS AS TOP SHELF
ANTIQUES, APPELLANT

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/15/2015 4:03:45 PM
DEBBIE AUTREY
Clerk

V.          FOR THE SIXTH DISTRICT

J.J. INVESTMENT COMPANY, LTD.,
ET AL AND CORBITT BAKER,
APPELLANTS          TEXARKANA, TEXAS

MOTION TO EXTEND TIME FOR FILING
APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Frank Keathley, individually and doing business as Top Shelf Antiques, appellant, moves this Court to grant him an extension of time to file Appellant's Brief and respectfully states as follows:

1. The Appellant's Brief for Frank Keathley, appellant, is due to be filed with this Court today, January 15, 2015.

2. For good cause shown below, Frank Keathley files this motion seeking an eighteen day extension for filing his Appellant's Brief with such brief to be filed on or before February 2, 2015.

3. This extension of time is not filed solely for the purposes of delay of these proceedings, but is filed to allow Appellant's counsel additional time to complete research on the point of appeal and supporting authority. This request for an extension has also been made because of the illness of appellant, Frank Keathley, and his hospitalization and treatment for heart related issues. Additionally, the reporter's record was filed in this appeal on December 16, 2014 and the intervening holidays has resulted in a loss of office time for appellant's counsel to complete the brief

Motion to Extend Time for Filing Appellant's Brief      1

4.      This is the appellant's first motion for an extension of time to file appellant's brief and it is not anticipated that any further extension will be necessary.

5.      Appellant's counsel attempted to personally confer with the counsel for Corbitt Baker, appellee and principal party at interest in this appeal, but was unable to reach either attorney of record and could only leave a message for either of them to return when they come back to their office tomorrow, the 16th of January, 2015.  For the purposes of this motion, appellant must assume that counsel for Corbitt Baker cannot agree and must oppose the motion.  Counsel for the other named parties do not oppose the motion.

WHEREFORE, Frank Keathley, appellant, moves the Court to consider his motion and to grant him an extension of the time for filing his Appellant's Brief from January 15, 2015 to no later than February 2, 2015, or such other time as the Court may deem appropriate.

Respectfully submitted this 15th day of January, 2015.

/s/ Larry R. Wright
Larry R. Wright
State Bar No. 22048000
P.O. Box 144
406 South Main Street
Winnsboro, Texas 75494
Telephone 903-342-1089
Fax 903-342-1088
E-mail lawyerwright@msn.com

CERTIFICATE OF CONFERENCE

This is to certify that counsel for appellant attempted to personally confer with both counsel of record for Corbitt Baker, the principal party at interest in this appeal, but

was unable to reach either of the attorneys due their absence from their offices.  A message regarding the attempted conference was left for each of them but no reply has been received as of the time this motion is being prepared and filed.  Counsel for appellant did reach the attorney of record for each of the other parties to this case and neither opposed the motion.

Signed this 15th day of January, 2015.

/s/ Larry R. Wright
Larry R. Wright

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been this day served on each attorney of record, as follows:

Travis P. Clardy
Clardy Law Office
209 E. Main St.
Nacogdoches, TX 75961
By fax to 936-564-2507

Larry Blount
Powers & Blount, LLP
PO Box 877
Sulphur Springs, TX 75483
By fax to 903-885-6506

Gene Stump
PO Box 606
Mount Vernon, TX 75456
By fax to 903-588-2272

Signed this 15th day of January, 2015.

/s/ Larry R. Wright
Larry R. Wright